STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
EMMA D. LYNN, DEFENDANT-PETITIONER.

*Messrs. Schapira, Steiner & Walder* and *Mr. Joseph P. Miele* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. George A. Franconero* for the respondent.

March 14, 1967.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DANIEL N. MATHIS, DEFENDANT-PETITIONER.

*Mr. Norman J. Abrams* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Anthony Luongo* for the respondent.

March 14, 1967.  Denied.

THE HOME INSURANCE CO., *ETC.*, PLAINTIFF-PETITION-
ER, v. NORMAN W. SCHWARTZ, *ETC.*, DEFENDANT-RE-
SPONDENT.

*Messrs. Shurkin & Fershing* for the petitioner.

*Messrs. Feuerstein & Sachs* for the respondent.

March 14, 1967.  Denied.